```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:  SUBPOENA DUCES TECUM                           SCHEDULING ORDER
DIRECTED TO NON-PARTY
KIRKLAND & ELLIS LLP                                   22-mc-206-ER
-----------------------------------------------------------x
```

      A hearing on Kirkland & Ellis LLP's Motion to Quash will be held on **September 14, 2022, at 3:30 p.m.** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 318.

      It is SO ORDERED.

Dated: New York, New York
       September 8, 2022

                                                 Edgardo Ramos, U.S.D.J.